United States District Court
Southern District of Texas
**ENTERED**
March 12, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| LINO W. CANTU, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:17-CV-00187 |
| § | |
| ALLSTATE TEXAS LLOYDS, *et al*, § | |
| § | |
| Defendants. § | |

# ORDER

The Court now considers the March 13, 2018 status conference in this case.[1] Due to a scheduling conflict, the status conference is **CONTINUED** to **May 15, 2018 at 9:00 a.m.** should the case not be fully resolved by that time.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 12th day of March, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. N. 18.