# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | |
|---|---|
| LINO W. CANTU § | |
| § | |
| § | |
| VS. § | CIVIL ACTION NO. 7:17-cv-00187 |
| § | |
| ALLSTATE TEXAS LLOYDS AND § | JURY DEMANDED |
| MATTHEW LERSCH § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lino W. Cantu, and Defendants, Allstate Texas Lloyds and Matthew Lersch, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On March 24, 2017, Plaintiff, Lino W. Cantu, sued Defendants.

2. Plaintiff, Lino W. Cantu moves to dismiss his suit.

3. Defendants agree to the dismissal of Lino W. Cantu's claims

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Lino W. Cantu's case.

9. Plaintiff has not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

*/s/ Roy J. Elizondo, III*
Roy J. Elizondo, III

1

    Attorney in Charge
    Fed I.D. No.: 34529
    State Bar No. 24036519
    1201 Shepherd Dr.
    Houston, Texas 77007
    (713) 227-4747
    (713) 621-5900

    Of Counsel:

    Robert D. Green
    Fed I.D. No.: 7684
    State Bar No.: 08368025
    Daniel P. Barton
    Fed. I.D. No.: 17748
    State Bar No.: 00789774
    GREEN & BARTON
    1201 Shepherd Dr.
    Houston, Texas 77007
    (713) 227-4747
    (713) 621-5900

  /s/*Rosemary Conrad Sandoval*
    Attorney in Charge
    Fed. I.D. No. 13738
    State Bar No. 04709300

    Of Counsel:
    ROERIG, OLIVEIRA & FISHER, LLP
    10225 N. 10th Street
    McAllen, TX 78504
    (956) 393-6300
    (956) 386-1625 Fax

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Roy J. Elizondo
Robert D. Green
Daniel Barton
GREEN & BARTON
1201 Shepherd Dr.
Houston, Texas 77007

2

on this  *19th* day of March, 2018.

                                       */s/ Rosemary Conrad-Sandoval*
                                       ROSEMARY CONRAD-SANDOVAL