UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| LINO W. CANTU, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-00187 |
| | § § | |
| ALLSTATE TEXAS LLOYDS, *et al*, | § § | |
| Defendants. | § | |

# ORDER

The Court now considers the joint stipulation of dismissal filed in this case.[1] Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides for dismissal of an action without court order if the stipulation is signed by all parties who have appeared. Here, the stipulation is signed by all parties who have appeared.[2] Thus, the case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDRED.

DONE at McAllen, Texas, this 20th day of March, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 20.
[2] *Id*. p. 2.